IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH AARON BRIGHT     PLAINTIFF

v.     Civil No. 13-2135

OFFICER FRANKIE STAMPS, Sebastian
County Detention Center     DEFENDANT

## ORDER

Joseph A. Bright submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act, **the Clerk is directed to collect the $350.00 filing fee from the Plaintiff.**

The Court hereby directs the United States Marshal to serve the Defendant, Officer Frankie Stamps. The Defendant may be served at the Sebastian County Detention Center, 801 South A Street, Fort Smith, AR 72901.

Defendant is to be served without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.**

Plaintiff is advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in

AO72A
(Rev. 8/82)

this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this __13__ day of May 2013.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAY 15 2013**

CHRIS R. JOHNSON, Clerk
By
                Deputy Clerk