IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH AARON BRIGHT                                                                    PLAINTIFF

v.                         Civil No. 13-2135

OFFICER FRANKIE STAMPS, Sebastian
County Detention Center                                                                DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff, Joseph A. Bright, pursuant to the provisions of 42 U.S.C. § 1983. Bright proceeds *in forma pauperis* and *pro se.* When Bright filed this action, he was an inmate of the Sebastian County Detention Center (SCDC).

Defendant filed a motion to dismiss for failure to state a claim (Doc. 9). Plaintiff filed no response to the motion. Defendant filed a second motion to dismiss (Doc. 11). Defendant notes that all mail sent to the Plaintiff at the SCDC since October 9, 2013, has been returned stamped "return to sender" and "return gone."

When he filed this case, Plaintiff was specifically advised that he had to immediately notify the Court of any change in his address (Doc. 3). The Court has not been contacted by the Plaintiff. No other address is available for the Plaintiff.

I therefore recommend that the Defendant's motion to dismiss (Doc. 11) be granted and that this action be dismissed for failure to prosecute and failure to obey the order of the Court. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**

-1-

**AO72A**
**(Rev. 8/82)**

**timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of December 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)